**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:    SHARON DOWNS                                    CASE NO: 07-08302
                                                          CHAPTER 13

          DEBTORS(S)                                      JUDGE: JANET S BAER

                                                          NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**    COUNTRYWIDE HOME LOANS

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 004385855 | $ 7,870.42 | $ 7,970.42 | $ 7,970.42 |

Total Amount Paid the Trustee                                                    $   7,970.42

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                         X   Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:07-08302

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 02th day of    August, 2012.

Debtor(s)

SHARON DOWNS
PO BOX 04
DOLTON IL 60419-0004

Debtors Attorney

MACEY BANKRUPTCY LAW PC
233 S WACKER DR # 5150
CHICAGO IL 606060000

Addtional Creditors

COUNTRYWIDE HOME LOANS
PO BOX 5170
SIMI VALLEY CA 93093-5170

Additional Creditors

COUNTRYWIDE HOME LOANS
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO IL 60602

Mortgage Arrearage Creditor

COUNTRYWIDE HOME LOANS
400 COUNTRYWIDE WAY
SIMI VALLEY CA 93065-6298

Electronic Service US Trustee

Date: August 2, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603